1

2                                                                      **E-Filed 11/20/2006**

3

4

5

6

7
                                            NOT FOR CITATION
8
                              IN THE UNITED STATES DISTRICT COURT
9
                           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                                          SAN JOSE DIVISION
11

12
     ABRAHAM GALE,                                    Case Number C 06-3237 JF
13
                              Appellant,              ORDER[1] GRANTING MOTION TO
14                                                    WITHDRAW
                     v.
15                                                    [re: docket no. 3]
     NEC CORPORATION, et al.,
16
                              Appellees.
17

18

19          Campeau Goodsell Smith ("CGS") and Whatley Drake LLC ("WD") move to withdraw

20   as counsel to Abraham Gale ("Gale") for the purposes of his bankruptcy appeal.  No opposition

21   has been filed with the Court.  Gale appeared telephonically at oral argument on November 17,

22   2006, and stated that he had no objection to the motion.  Accordingly, the Court will grant the

23   motion.

24          The Court has scheduled a case management conference on Friday, January 12, 2007, at

25   10.30 a.m.  If Gale intends to retain replacement counsel, he should do so by this date.

26          IT IS SO ORDERED.

27   _____

28          [1] This disposition is not designated for publication and may not be cited.

1

2    DATED: November 20, 2006

3

4

5    _____
     JEREMY FOGEL

6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1   This Order has been served upon the following persons:

2   Scott L. Goodsell             sgoodsell@campeaulaw.com

3   Richard A. Lapping            rlapping@thelenreid.com,

4

5   Notice will be delivered by other means to:

6   Mark S. Bostrick
    Wendel Rosen Black & Dean
7   1111 Broadway
    24th Floor
8   Oakland, CA 94607

9   Richard Frankowski
    Whatley Drake LLC
10  2323 2nd Avenue North
    Birmingham, AL 35203
11
    James R. Grube
12  U.S. Bankruptcy Court
    280 South First Street
13  Romm 3035
    San Jose, Ca 95113
14
    Douglas Jones
15  Whatley Drake LLC
    2323 2nd Avenue North
16  Birmingham, AL 35203

17  USBC Manager-San Jose
    US Bankruptcy Court
18  280 South First Street
    Room 3035
19  San Jose, CA 95113

20  Abraham Gale
    5173 Waring Rd. #538
21  San Diego, CA 92120
    GaleAbraham@yahoo.com
22

23

24

25

26

27

28

Case No. C 06-3237 JF
ORDER GRANTING MOTION TO WITHDRAW
(JFLC1)